**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00029-LTB

PATRICK ROSELLI,

    Applicant,

v.

CHARLIE DANIELS, Warden,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the motions to file response (ECF No. 9) and to proceed *in forma pauperis* (ECF No. 10) that Applicant, Patrick Roselli, submitted to the Court on February 27, 2012.  The motions are DENIED as moot.  The habeas corpus application was denied and the case dismissed on February 24, 2012.  This case is closed.

Dated:  February 28, 2012